John B. Orenstein
**ROSS & ORENSTEIN LLC**
222 South 9th Street, Suite 470
Minneapolis, Minnesota 55402
Telephone: 612-436-9800
Facsimile: 612-436-9819
jorenstein@rossbizlaw.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT GROUP HOLDINGS, INC. Securities Litigation | MDL No. 2052<br><br>09-md-2052 (TPG) |
| MICHAEL BECKER, STEVEN BECKER, STEVEN BROWN, MAUREEN CHAVES, ROBERT CHAVES, CHARLES COHEN, LINDA COHEN, ROSE CRIBLEZ as executrix of the estate of GASTON CRIBLEZ, JEAN DECASTRO, ROSALYN DENSEN, FRANCINE FOGEL, STEPHEN FOGEL, MICHAEL GENSBERG, ZENA GENSBERG, GLORIA GOTTLIEB, JESSE GOTTLIEB, STEPHEN GREENSPAN, CALLA GUTTER, MARVIN GUTTER, ELIZABETH HOFFMAN, DAVID JAY, BRITTA LLEWELLYN, JARET LLEWELLYN, LRM INVESTMENT CORP., SHELDON MAY, EDIE MINKOFF, JEFFREY MINKOFF, JOSHUA PARKER, ALVIN POCK, ELINOR POCK, BEATRICE ROBINSON, Dr. GARY ROSENBERG, RONALD RUBIN, JANET SHAVELSON, KENNETH SHAVELSON, PAULETTE SHERRILL, RONALD SHERRILL, MARLENE SHERMAN, STEVE SHERMAN, Dr. STEVEN SILVERMAN, Dr. ALAN SLOOTSKY, LESLIE STECKLER, ROBYN BARELL, ANTONIO VARELA, and the VLT FAMILY<br><br>            Plaintiffs,<br><br>v.<br><br>TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE SELECT BROAD MARKET FUND, L.P., RYE SELECT BROAD MARKET PRIME FUND, L.P., RYE SELECT BROAD MARKET XL FUND, L.P., MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, MASSMUTUAL HOLDING COMPANY, OPPENHEIMER ACQUISITION CORP., and KPMG LLP,<br><br>            Defendants. | 12-cv-09060 (TPG)<br><br>**<u>NOTICE OF APPEARANCE</u>**<br><br>ECF FILED |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that John B. Orenstein, an attorney admitted to practice before this court, hereby appears as counsel for all Plaintiffs in the above captioned matter.

PLEASE TAKE FURTHER NOTICE that all papers and documents shall be served at the address below:

John B. Orenstein
Ross & Orenstein LLC
222 South Ninth Street
Suite 470
Minneapolis, MN 55402

Dated: Minneapolis, MN
February 4, 2013

**ROSS & ORENSTEIN LLC**

   s/John Orenstein
John Orenstein
Ross & Orenstein LLC
222 South Ninth Street
Suite 470
Minneapolis, MN 55402